IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JOSHUAH SPRAGGINS,              )
                                )
    Plaintiff,                  )
                                )   CIVIL ACTION NO.
    v.                          )    3:04cv1071-T
                                )         (WO)
KNAUF FIBER GLASS GmbH,         )
INC., a German Corporation,     )
                                )
    Defendant.                  )
```

JUDGMENT

In accordance with the offer of judgment and acceptance of that offer (Doc. No. 55), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of plaintiff Joshuah Spraggins and against defendant Knauf Fiber Glass GmbH, Inc.

(2) Plaintiff Spraggins shall have and recover from defendant Knauf Fiber Glass GmbH, Inc. the sum of $35,000.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of November, 2005.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**